UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALEXSANDRA IRAOLA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv-11061-RGS |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC | ) | |
|     Defendant, | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 7, 2015

                RESPECTFULLY SUBMITTED:

                /s/ Kevin V. K. Crick
                Kevin V. K. Crick, Esq.
                Consumer Rights Law Firm, PLLC
                133 Main Street, Second Floor
                North Andover, MA 01845
                Phone: (978) 420-4747
                Fax#1: (978) 409-1846
                Fax#2: (888) 712-4458
                Email: kevinc@consumerlawfirmcenter.com
                Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on May 7, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.