**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ALEXSANDRA IRAOLA** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:15-cv-11061-RGS** |
| ) | |
| **ENHANCED RECOVERY** ) | |
| **COMPANY, LLC** ) | |
| Defendant, ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF**
**ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Alexsandra Iraola ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and

voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated:  May 7, 2015                                RESPECTFULLY SUBMITTED:
                                                   /s/ Kevin V. K. Crick
                                                   Kevin V. K. Crick, Esq.
                                                   Consumer Rights Law Firm, PLLC
                                                   133 Main St., Second Floor
                                                   North Andover, MA 01845
                                                   Phone: (978) 420-4747
                                                   Fax: (978) 409-1846
                                                   Email:  kevinc@consumerlawfirmcenter.com
                                                   Attorney for Plaintiff

## PROOF OF SERVICE

I hereby certify that on May 7, 2015, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.